UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KENNETH LOWRY,

                Plaintiff,        1:15-CV-1553
                                        (GTS/WBC)

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                                    OF COUNSEL:

OFFICE OF PETER M. MARGOLIS        PETER M. MARGOLIS, ESQ.
  Counsel for Plaintiff
7 Howard Street
Catskill, New York 12414

SOCIAL SECURITY ADMINISTRATION    MICHELLE L. CHRIST, ESQ.
OFFICE OF REG'L GEN. COUNSEL–REGION II
  Counsel for Defendant
26 Federal Plaza, Room 3904
New York, New York 10278

GLENN T. SUDDABY, Chief United States District Judge

**DECISION and ORDER**

       The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge William B. Mitchell Carter, filed on March 16, 2017, recommending that the Commissioner's decision denying Plaintiff Social Security benefits be affirmed and Plaintiff's Complaint be dismissed. (Dkt. No. 20.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Carter's thorough Report-Recommendation, the Court can find no clear error in the Report-Recommendation. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's

decision denying Plaintiff Social Security benefits is affirmed; and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Carter's Report-Recommendation (Dkt. No. 20) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying Plaintiff Social Security benefits is **AFFIRMED**, and Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED**.

Dated: April 6, 2017
       Syracuse, New York

_____
HON. GLENN T. SUDDABY
Chief United States District Judge